Kubota Credit Corporation
Attn: CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136


Citizens Bank
Attn: Larry T. Long
301 East Main Street
Kilgore, TX 75662


Equify Financial
Attn: Corporation Service Co. dba
CSC-Lawyers Incorporating Service Co.
211 East 7th Street
Suite 620
Austin, TX 78701
Maxim Financial
Attn: Manish Dodani
444 Rainforest Court
Plano, TX 75094


Advantage Trailer
Attn: Richard C. Vilven Jr.
1619 Navarro Drive
Allen, TX 75013


Mediterranean Shipping Company
Attn: Corporation Service Co. dba
CSC-Lawyers Incorporating Service Co.
211 East 7th Street
Suite 620
Austin, TX 78701
Mohave, Inc.
Attn: Jeff D. Stewart
425 Cypress
Abilene, TX 79601


Maersk Shipping Company
180 Park Avenue
Florham Park, NJ 07932


Maersk Drillship I LLC
180 Park Avenue
Florham Park, NJ 07932


Kenny Roswurm
c/o Joshua D. Lee, C.J. Baker
Armstrong Lee & Baker LLP

2800 North Loop West
Suite 900
Houston, TX 77092
Karen Lynn McDonald
c/o Joshua D. Lee, C.J. Baker
Armstrong Lee & Baker LLP
2800 North Loop West
Suite 900
Houston, TX 77092
AGH Machine, Inc.
Attn: Guillermo Alanis
13610 Reeveston Street
Houston, TX 77039


Guillermo Alanis
14718 Pine Street
Santa Fe, TX 77517



Guillermo Alanis
c/o Elizabeth Bohorquez
2401 Fountain View
Suite 801
Houston, TX 77057

Marcus Bennet
c/o Brian White
3120 Southwest Freeway
Suite 350
Houston, TX 77098

PHC – 51 Miller LP
Attn: Reagan Bell
8381 Westview Drive
Suite 200
Houston, TX 77055

Small Business Administration (SBA)
U.S. Small Business Administration
Little Rock Commercial Loan Service Ctr.
2120 Riverfront Drive
Suite 100
Little Rock, AR 72202-1794
Harris County Toll Road Authority
1019 Congress
15th Floor
Houston, TX 77002


Harris County Toll Road Authority
1310 Prairie
Suite 300
Houston, TX 77002

Roger G. Jain & Associates, P.C.
9301 Southwest Fwy.
Suite 250
Houston, TX 77074

Legal Shield
c/o Edward Oravetz
3220 Salisbury Court
Friendswood, TX 77546

American Express
c/o Registered Agents Inc.
5900 Balcones Drive
Austin, TX 78731

Jamal Deandre Sanders
c/o Bernard Bolanos
3310 Katy Freeway
Suite 110
Houston, TX 77007

Jamal Deandre Sanders
c/o Gregory S. Lindley
2121 Sage Road
Suite 150
Houston, TX 77056

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1919 Smith Street
Houston, TX 77002

Harris County Tax Office
1001 Preston Street
Houston, TX 77002

Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Maxim Commercial Capital, LLC
11620 Wilshire Blvd.
Suite 540

Los Angeles, CA 90025


U.S. Small Business Administration
1545 Hawkins Blvd.
Suite 202
El Paso, TX 79925


C.H. Brown Co., LLC
20 W. Frontage Rd.
Wheatland, WY 82201


Equify Financial, LLC
777 Main Street
Suite 3900
Fort Worth, TX 76102


Kubota Credit Corporation, U.S.A.
P.O. Box 2046
Grapevine, TX 76099