**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| JUMPSTAR ENTERPRISES LLC | § | 24-35874 (JPN) |
| | § | (Chapter 11) |
| DEBTOR | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**DREW McMANIGLE**
**708 MAIN STREET, 10th FLOOR**
**HOUSTON, TX 77002**
**Email: drew@macco.group   PH: 713-363-0296**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: December 17, 2024

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     */s/ Hector Duran*
Hector Duran
Trial Attorney
TX State Bar No. 00783996
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Mobile: (202) 527-4538
Fax: (713) 718-4680
hector.duran.jr@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on December 17, 2024.

By:     */s/ Hector Duran*
       Hector Duran
       Trial Attorney
       TX State Bar No. 00783996
       515 Rusk, Suite 3516
       Houston, Texas 77002
       Telephone: (713) 718-4650
       Mobile: (202) 527-4538
       Fax: (713) 718-4680
       hector.duran.jr@usdoj.gov

**By mail to Debtor:**

Jumpstar Enterprises LLC
12807 Haynes Road, Bldg. J
Houston, TX    77066