UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   24-35874 |
| JUMPSTAR ENTERPRISES LLC | § | |
| DEBTOR(S), | § | CHAPTER   11 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CYPRESS-FAIRBANKS ISD**           **HARRIS CO ESD # 29**           **LONE STAR COLLEGE SYSTEM**
**HARRIS CO ESD # 11**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __23rd__ day of __Dec.__ ,2024, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| LLOYD A. LIM<br>KEAN MILLER LLP<br>711 LOUISIANA STREET, SUITE 1800<br>HOUSTON, TX 77002 | DREW MCMANIGLE<br>CHAPTER 11 SUBCHAPTER V<br>TRUSTEE<br>708 MAIN STREET; 10TH FLOOR<br>HOUSTON, TX 77002 | JUMPSTAR ENTERPRISES LLC<br>12807 HAYNES ROAD<br>BLDG J<br>HOUSTON, TX 77066 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:   (713) 844-3400
Facsimile:   (713) 844-3503
Email:            houston_bankruptcy@lgbs.com

By: /s/ Jeannie L. Andresen
    Jeannie Lee Andresen
    SBN: 24086239 TX