**Fill in this information to identify the case:**

Debtor Name **Jumpstar Enterprises LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **24-35874**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Stellar Bank "Independent Contractor Settlement" Account** | **Checking account** | 1 3 6 5 | $24,041.25 |
| 3.2. | **TDECU "Operating" Account** | **Checking account** | 3 1 6 4 | $8,938.38 |
| 3.3. | **TDECU "Shop" Account** | **Checking account** | 3 3 6 2 | $1,802.92 |
| 3.4. | **TDECU "Special" Account** | **Checking account** | 3 5 1 1 | $1,193.79 |
| 3.5. | **TDECU "Share Savings" Account** | **Savings account** | 3 1 5 6 | $2,507.53 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____
   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $38,483.87 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor  **Jumpstar Enterprises LLC**
Name

Case number *(if known)* **24-35874**

|  | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
|  | Description, including name of holder of deposit | |
|  | 7.1  Ryder (Lease Deposit) | $5,000.00 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|  | Description, including name of holder of prepayment | |
|  | 8.1 | |
|  | 8.2 | |
| 9. | **Total of Part 2** | $5,000.00 |
|  | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 11. | **Accounts receivable** | | |
|  | 11a. 90 days old or less: | $319,698.52 face amount - unknown doubtful or uncollectible accounts = ⟶ | $319,698.52 |
|  | 11b. Over 90 days old: | $1,790.32 face amount - unknown doubtful or uncollectible accounts = ⟶ | $1,790.32 |
| 12. | **Total of Part 3** | | $321,488.84 |
|  | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
|  | Name of fund or stock: | | |
|  | 14.1 | | |
|  | 14.2 | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|  | Name of entity: | % of ownership: | |

Debtor  **Jumpstar Enterprises LLC**
Name

Case number *(if known)* **24-35874**

---

15.1. _____  _____  _____  _____

15.2. _____  _____  _____  _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____  _____  _____

16.2 _____  _____  _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor   **Jumpstar Enterprises LLC**                                Case number *(if known)* **24-35874**
Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **Jumpstar Enterprises LLC**    Case number *(if known)* **24-35874**
          Name

---

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Executive U Desk (4) (7470 Miller Rd 2)** | unknown | | $2,000.00 |
| **Conference Table (1) (7470 Miller Rd 2)** | unknown | | $1,000.00 |
| **Training Tables (10) (7470 Miller Rd 2)** | unknown | | $1,000.00 |
| **Chairs (50) (7470 Miller Rd 2)** | unknown | | $500.00 |
| **Executive U Desks (3) (12807 Haynes Rd)** | unknown | | $3,000.00 |
| **Conference Table (1) (12807 Haynes Rd)** | unknown | | $200.00 |
| **Chairs (24) (12807 Haynes Rd)** | unknown | | $240.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **See attached Spreadsheet (additional office & shop equipment)** | unknown | | $37,525.00 |
| **Kubota SVL65-2HWC KBCZ021CEPLK32735 *CTL 15" RUB TRKSCABHYD QA** | unknown | | unknown |
| **Land Pride AP-HD68LLC 1964881 *Bucket** | unknown | | unknown |
| **Land Pride AP-PFL5648 1162352K *Pallet Forks** | unknown | | unknown |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43.  **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$45,465.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

---

Debtor    **Jumpstar Enterprises LLC**                          Case number *(if known)* **24-35874**
               Name

---

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
| --- | --- |
| | ☑ No |
| | ☐ Yes |

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **10 Operating Trucks** | unknown | | unknown |
| 47.2  **20 Non-Operating Trucks** | unknown | | unknown |
| 47.3  **Freighliner Cascadia 125 Heavy Duty Tandem Axel Truck Tractor /** VIN: 1FUJGEBG4FLGU5129 | unknown | | unknown |
| 47.4  **Freightliner Cascadia 125 Heavy Duty Tandem Axel Truck Tractor /** VIN: 3AKJGEBG5FSGJ6517 | unknown | | unknown |
| 47.5  **2016 Freightliner Cascadia 125 /** VIN: 3AKJGED69GSHE4468 | unknown | | unknown |
| 47.6  **2015 Freightliner Cascadia /** VIN: 3AKJGEDV5FDGH2095 | unknown | | unknown |
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.    Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2016 Pratt CC3040EZ - 20'-24' Tri Axle /** 1P9CC4137GB343655 | unknown | | unknown |
| **2016 Pratt CC3040EZ - 20'-24' Tri Axle /** 1P9CC4039GB343481 | unknown | | unknown |
| **2016 Pratt CC3040EZ - 20'-24' Tri Axle /** 1P9CC4135GB343654 | unknown | | unknown |
| **2007 Dionbilt 40 x 96 Container Chassis /** VIN: 1D9SC40307G512096 | unknown | | unknown |

---

Debtor    **Jumpstar Enterprises LLC**

Name

Case number *(if known)* 24-35874

---

**2016 Pratt 40 x 96 Container Chassis /** VIN:
1P9CC4037GB343480                          unknown                          unknown

| 51. | **Total of Part 8** | | |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

| 56. | **Total of Part 9** | |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

---

Debtor **Jumpstar Enterprises LLC**
Name

Case number *(if known)* **24-35874**

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| | www.jumpstarlogistics.com | unknown | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable** | | | |
| | Description (include name of obligor) | — | = ➡ | |
| | | Total face amount | doubtful or uncollectible amount | |

Debtor __Jumpstar Enterprises LLC__      Case number *(if known)* __24-35874__
   Name

---

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.**   **Interests in insurance policies or annuities**

_____                _____

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                _____

    **Nature of claim**     _____

    **Amount requested**     _____

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                _____

    **Nature of claim**     _____

    **Amount requested**     _____

**76.**   **Trusts, equitable or future interests in property**

_____                _____

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                _____

_____                _____

**78.**   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.     _____

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   **Jumpstar Enterprises LLC**
Name

Case number *(if known)*  **24-35874**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $38,483.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $321,488.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,465.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................➤ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column............................*91a. | $410,437.71 | **+** 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $410,437.71 |

**7470 Miller Rd 2**
**Additional Office and Shop Equipment**

| Qty. | Office Equipment | Value |
|---|---|---|
| 7 | 55" TV | $1,400.00 |
| 12 | Computer monitors | $1,200.00 |
| 6 | Printers/copiers | $600.00 |
| 4 | Scanners | $400.00 |
| 4 | Surface Pros | $600.00 |
| 0 | Macbook | $0.00 |
| 1 | Lenovo | $400.00 |
| 4 | Ipads | $2,000.00 |
| 1 | Ipad mini | $300.00 |
| 8 | iphone 15 | $4,000.00 |
| 12 | Surveillance cameras | $500.00 |
| 1 | Laminator | $75.00 |
| 1 | Misc office supplies | $500.00 |
| Qty. | Shop Equipment | Value |
| 1 | Jpro laptop | $2,500.00 |
| 1 | AC machine | $2,000.00 |
| 3 | Welding machine | $5,000.00 |
| 1 | Shop computer | $500.00 |
| 3 | Air compressors | $6,000.00 |
| 2 | Forklifts | $5,000.00 |

TOTAL          **$32,975.00**

**12807 Haynes Rd.**
**Additional Office and Shop Equipment**

| Qty. | Office Equipment | Value |
|---|---|---|
| 6 | 55" TV | $1,200.00 |
| 4 | Computer monitors | $400.00 |
| 2 | Printers/copiers | $200.00 |
| 2 | Scanners | $200.00 |
| 0 | Surface Pros | $0.00 |
| 1 | Macbook | $1,500.00 |
| 0 | Lenovo | $0.00 |
| 0 | Ipads | $0.00 |
| 0 | Ipad mini | $0.00 |
| 0 | iphone 15 | $0.00 |
| 8 | Surveillance cameras | $500.00 |
| 1 | Laminator | $50.00 |
| 1 | Misc office supplies | $500.00 |
| Qty. | Shop Equipment | Value |
| 0 | Jpro | $0.00 |
| 0 | AC machine | $0.00 |
| 0 | Welding machine | $0.00 |
| 0 | Shop computer | $0.00 |
| 0 | Air compressors | $0.00 |
| 0 | Forklifts | $0.00 |

**TOTAL**        **$4,550.00**