<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Jumpstar Enterprises LLC</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>Southern District of Texas</b></td></tr>
<tr><td colspan="2">Case number (if known): <b>24-35874</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Harris County Tax Office**<br>**1001 Preston Street**<br>**Houston, TX 77002**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent ☐ Unliquidated ☐ Disputed<br>**Basis for the Claim:**<br>Is the claim subject to offset? ☑ No ☐ Yes | unknown | unknown |
| **2.2** Priority creditor's name and mailing address<br>**Harris County, Texas**<br>**c/o Catherine Ayeni**<br>**1019 Congress, 15th Floor**<br>**Houston, TX 77002**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent ☐ Unliquidated ☑ Disputed<br>**Basis for the Claim:** **Unpaid Tolls**<br>Is the claim subject to offset? ☑ No ☐ Yes | $339,592.51 | $339,592.51 |

Debtor   **Jumpstar Enterprises LLC**                                      Case number *(if known)*      **24-35874**
      Name

| Part 1: | Additional Page |
|---------|-----------------|

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown |
|-----|---|---|---|---|

**2.3** **Priority creditor's name and mailing address**

  **Internal Revenue Service**

  **1919 Smith St**

  **Houston, TX 77002**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

unknown      unknown

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Debtor   **Jumpstar Enterprises LLC**                                    Case number *(if known)*      **24-35874**

Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$96,000.00** |
| **Advantage Trailer** | | |
| **Attn: Richard C. Vilven Jr.** | | |
| **1619 Navarro Drive** | Basis for the claim: **Equipment Leases** | |
| **Allen, TX 75013** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Date or dates debt was incurred | | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.01** |
| **AGH Machine, Inc.** | | |
| **Attn: Guillermo Alanis** | | |
| **13610 Reeveston Street** | Basis for the claim: **Litigation Claim(s)** | |
| **Houston, TX 77039** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Date or dates debt was incurred | | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,932.33** |
| **American Express** | | |
| **c/o Registered Agents Inc.** | | |
| **5900 Balcones Drive** | Basis for the claim: **Credit Card** | |
| **Austin, TX 78731** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Date or dates debt was incurred | | |
| Last 4 digits of account number ___ ___ ___ ___ | | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **$0.01** |
| **Guillermo Alanis** | | |
| **14718 Pine Street** | | |
| **Santa Fe, TX 77517** | Basis for the claim: **Litigation Claim(s)** | |
| | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| Date or dates debt was incurred | | |
| Last 4 digits of account number ___ ___ ___ ___ | | |

| Debtor | **Jumpstar Enterprises LLC** | Case number *(if known)* | **24-35874** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Harris County Toll Road Authority**

**1019 Congress, 15th Floor**

**Houston, TX 77002**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Citation for Unpaid Tolls**

Is the claim subject to offset?
☑ No
☐ Yes

$339,592.51

---

**3.6** Nonpriority creditor's name and mailing address

**Jamal Deandre Sanders**

**c/o Gregory S. Lindley**

**2121 Sage Road, Suite 150**

**Houston, TX 77056**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claim(s)**

Is the claim subject to offset?
☑ No
☐ Yes

$0.01

---

**3.7** Nonpriority creditor's name and mailing address

**Karen Lynn McDonald**

**c/o Joshua D. Lee, C.J. Baker**
**Armstrong Lee & Baker LLP**

**2800 North Loop West, Suite 900**

**Houston, TX 77092**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claim(s)**

Is the claim subject to offset?
☑ No
☐ Yes

$0.01

---

**3.8** Nonpriority creditor's name and mailing address

**Kenny Roswurm**

**c/o Joshua D. Lee, C.J. Baker**
**Armstrong Lee & Baker LLP**

**2800 North Loop West, Suite 900**

**Houston, TX 77092**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation Claim(s)**

Is the claim subject to offset?
☑ No
☐ Yes

$0.01

---

| Debtor | **Jumpstar Enterprises LLC** | Case number *(if known)* | **24-35874** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Marcus Bennet**

**c/o Brian White**

**3120 Southwest Freeway, Suite 350**

**Houston, TX 77098**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Litigation Claim(s)**

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.01

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Mediterranean Shipping Company**

**Attn: Corporation Service Co.**
**d/b/a CSC-Lawyers Incorporating Service Co.**

**211 East 7th Street, Suite 620**

**Austin, TX 78701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$325,000.00

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Mohave, Inc.**

**Attn: Jeff D. Stewart**

**425 Cypress**

**Abilene, TX 79601**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** **Insurance Premium**

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,000.00

---

Debtor   **Jumpstar Enterprises LLC**                                  Case number *(if known)*   **24-35874**
          Name

**Part 3:**  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Guillermo Alanis** <br> **c/o Elizabeth Bohorquez** <br> **2401 Fountain View, Suite 801** <br> **Houston, TX 77057** | Line **3.4** <br><br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2 **Harris County Toll Road Authority** <br> **1310 Prairie, Suite 300** <br> **Houston, TX 77002** | Line **3.5** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101** | Line **2.3** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Jamal Deandre Sanders** <br> **c/o Bernard Bolanos** <br> **3310 Katy Freeway, Suite 110** <br> **Houston, TX 77007** | Line **3.6** <br><br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

Debtor      **Jumpstar Enterprises LLC**                                            Case number *(if known)*        **24-35874**
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|

5a.   **Total claims from Part 1**          5a.        **$339,592.51**

5b.   **Total claims from Part 2**          5b.   **+**   **$828,524.90**

5c.   **Total of Parts 1 and 2**            5c.        **$1,168,117.41**
      Lines 5a + 5b = 5c.